Form a0asgncl

# United States Bankruptcy Court
## Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402–1819

In Re: Phuc D. Lam

    Debtor(s)

SSN/TAX ID:
    xxx–xx–5938

Case No.: 3:09–bk–34782

Chapter: 13

Judge: Lawrence S. Walter

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by HSBC Bank Nevada for the transfer of a claim originally filed by Capital One NA.

The transfer/assignment designates HSBC Bank Nevada as the transferor and Capital One NA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is January 23, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: January 2, 2013

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court